UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| MUTHONI IMUNGI,<br>    *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 3:22-cv-00438 |
| VIRGINIA<br>COMMONWEALTH UNIVERSITY,<br>    *Defendant*. | ) ) ) | |

**MOTION TO DISMISS**
**COUNTS III AND IV OF PLAINTIFF'S COMPLAINT**

Defendant Virginia Commonwealth University ("Defendant" or "VCU"), by counsel, moves to dismiss Counts III and IV of the Complaint filed by Plaintiff ("Plaintiff" or "Imungi"), which allege discrimination and retaliation under the Virginia Human Rights Act ("VHRA"), as amended, Va. Code §§ 2.2-3900 *et seq.*, pursuant to Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.

VCU is immune from Plaintiff's claims under the VHRA because the General Assembly has not waived VCU's state sovereign immunity on such claims, and VCU has not consented (and does not consent) to be sued on such claims. In addition to being barred by the doctrine of state sovereign immunity, Counts III and IV of the Complaint should also be dismissed because the VHRA did not contain a private cause of action for discrimination or retaliation at the time of any adverse actions alleged in the Complaint—and subsequent amendments to the VHRA cannot be applied retroactively.

The arguments and authorities in support of this motion are set forth in VCU's contemporaneously filed *Memorandum in Support of Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Complaint*, which is incorporated herein by reference.

WHEREFORE, VCU respectfully moves the Court to grant its Motion to Dismiss and dismiss Counts III and IV of the Complaint pursuant to Rules 12(b)(1) and/or 12(b)(6) of the Federal Rules of Civil Procedure.  In addition, VCU respectfully requests this Court to grant it any additional relief deemed appropriate.

Dated: *August 26, 2022*

Respectfully submitted,

**VIRGINIA COMMONWEALTH UNIVERSITY**

_____/s/ *W. Ryan Waddell*_____
Jimmy F. Robinson, Jr. (VSB No. 43622)
jimmy.robinson@ogletreedeakins.com
W. Ryan Waddell (VSB No. 91148)
ryan.waddell@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.:  (804) 663-2340
Fax:  (804) 225-8641
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2022, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff:

Anita Mazumdar Chambers, Esq.
R. Scott Oswald, Esq.
The Employment Law Group, P.C.
1717 K. Street, NW, Suite 1110
Washington, DC  20006
*Counsel for Plaintiff*

        /s/ *W. Ryan Waddell*
Jimmy F. Robinson, Jr. (VSB No. 43622)
jimmy.robinson@ogletreedeakins.com
W. Ryan Waddell (VSB No. 91148)
ryan.waddell@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.:  (804) 663-2340
Fax:  (804) 225-8641
*Counsel for Defendant*

3