UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MUTHONI IMUNGI,                    )
    *Plaintiff,*                    )
                        )
v.                                 )     Case No. 3:22-cv-00438
                        )
VIRGINIA                           )
COMMONWEALTH UNIVERSITY,           )
    *Defendant.*                    )

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Virginia Commonwealth University ("Defendant" or "VCU"), by counsel, and pursuant to Fed. R. Civ. P. 56, respectfully requests this Court enter an order granting summary judgment in its favor as to Counts I and II of the Complaint (ECF No. 1) filed by Plaintiff Muthoni Imungi ("Plaintiff" or "Ms. Imungi"), and any remaining claims alleged, expressly or implicitly, on grounds that no issues of material fact exist and Plaintiff has not adduced evidence to support the essential elements of any legal claim asserted against VCU.[1]

The arguments and authorities in support of this motion are set forth in VCU's contemporaneously filed *Memorandum in Support of Defendant's Motion for Summary Judgment*, which is incorporated herein by reference.

WHEREFORE, VCU respectfully moves this Court to dismiss this action, *with prejudice*, enter final judgment in VCU's favor, and to award any additional relief deemed appropriate.

Dated: *February 13, 2023*

---

[1] On September 15, 2022, this Court dismissed Counts III and IV of the Complaint, which alleged violations of the Virginia Human Rights Act.  (Or., ECF No. 11.)

Respectfully submitted,
**VIRGINA COMMONWEALTH
UNIVERSITY**

By:  */s/  W. Ryan Waddell*
Jimmy F. Robinson (VSB No. 43622)
Jimmy.Robinson@ogletreedeakins.com
W. Ryan Waddell (VSB No. 91148)
ryan.waddell@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.:  (804) 663-2340
Fax:  (804) 225-8641
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2023, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiff:

Anita Mazumdar Chambers, Esq.
R. Scott Oswald, Esq.
Briana Scholar, Esq.
The Employment Law Group, P.C.
1717 K. Street, NW, Suite 1110
Washington, DC  20006
*Counsel for Plaintiff*

　　　/s/ *W. Ryan Waddell*
Jimmy F. Robinson, Jr. (VSB No. 43622)
jimmy.robinson@ogletreedeakins.com
W. Ryan Waddell (VSB No. 91148)
ryan.waddell@ogletreedeakins.com
OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Tel.:  (804) 663-2340
Fax:  (804) 225-8641
*Counsel for Defendant*

3